UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILIAN MCARDLE, individually and as administrator of the estate of her brother, Eddie Velasquez<br><br>             Plaintiff,<br><br>   -against-<br><br>BILLIEJO FULLER ,STEPHANIE GEE and JESSICA RUMPFF, and JOHN/JANE DOES  # 1-7,<br><br>             Defendants. | **NOTICE OF DISMISSAL**<br><br>17  Civ. 00356 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and pursuant to a settlement in a related case filed in the New York Court of Claims, plaintiff Lilian McArdle, individually and as administrator of the estate of her brother Eddie Velasquez, dismisses this action with prejudice.

Dated: September 19, 2017
       New York, New York

                                             EMERY CELLI BRINCKERHOFF &
                                                ABADY LLP

                                              _____/s/_____
                                              Ilann M. Maazel

                                              600 Fifth Avenue, 10th Floor
                                              New York, New York, 10020
                                              (212) 763-5000

                                              *Counsel for Plaintiff*

                                              `IT IS SO ORDERED:`

                                              `_____`
                                              `Frederick J. Scullin, Jr.`
                                              `Senior U.S. District Judge`

                                              `Dated:`  September 20, 2017
                                                               `Syracuse, NY`